# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

|  |  |  |
|---|---|---|
| DONALD ROUSE | ) ) ) | Civil Action No. 2:20-cv- 12088 RSW-LVP |
| *Plaintiff,* | ) ) | |
| v. | ) ) | |
| | ) ) | Hon. LINDA V PARKER |
| PATRICK O'BREIN | ) ) | |
| *Defendant.* | ) | |

## SUMMONS IN A CIVIL ACTION

To: PATRICK O'BREIN



FILED
OCT 08 2020
U.S. DISTRICT COURT
FLINT, MICHIGAN

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

DONALD ROUSE
140 LEIN DR
IVA, SC 29655

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DAVID J. WEAVER, CLERK OF COURT

By: _[signature]_
Signature of Clerk or Deputy Clerk

Date of Issuance: 10/8/2020

