UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Donald Rouse,

                Plaintiff(s),

v.                                       Case No. 2:20–cv–12088–LVP–RSW
                                            Hon. Linda V. Parker

Dana Nessel, et al.,

                Defendant(s),

### ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

**IT IS ORDERED** that this matter is referred to U.S. Magistrate Judge R. Steven Whalen for all pretrial proceedings, including a hearing and determination of all non–dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(A) and/or a report and recommendation on all dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(B).

                                            s/Linda V. Parker
                                            Linda V. Parker
                                            United States District Judge

### Certificate of Service

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                            s/R Loury
                                            Case Manager

Dated:   October 12, 2020